

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00698-CV

**IN THE INTEREST OF J.R.B., JR., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02035
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant made a request to proceed without payment of appellate filing fees in her notice of appeal, and she filed a Statement of Inability to Afford Payment of Court Costs in this court on November 1, 2019. Appellant did not file a Statement of Inability to Afford Payment of Court Costs in the trial court. We grant appellant's request to proceed without payment of appellate filing fees. See TEX. R. APP. P. 20.1(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court